# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VALERO PARTNERS OPERATING
CO., LLC                                                              PLAINTIFF

v.                              No. 3:18-cv-247-DPM

SMITHLAND TOWING &
CONSTRUCTION, LLC; and
WESTERN RIVERS BOAT
MANAGEMENT, INC.                                                      DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 19 July 2019 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

7 June 2019